IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IBERIA BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-639-MEF |
| ) | (WO – Do Not Publish) |
| WILLIAM R. POLK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Trial in this matter is scheduled for November 4, 2013. Before the Court is Plaintiff Iberia Bank's ("Iberia") Motion for Extension of Certain Deadlines in Amended Scheduling Order (Doc. #34), to which Defendants have filed no objections. For good cause shown, the Court finds that Iberia's motion is due to be GRANTED IN PART and DENIED IN PART. It is granted to the extent that it requests extensions of the deadlines for completing discovery and for filing dispositive motions, but it is denied to the extent that it requests a dispositive motion filing deadline of August 15, 2013. Accordingly, it is hereby ORDERED as follows:

(1) The parties' deadline for completing discovery, currently set to expire on May 15, 2013, pursuant to the Amended Scheduling Order (Doc. #33), is CONTINUED through and including **July 15, 2013**.

(2) The parties' deadline for filing dispositive motions, currently set to expire on May 13, 2013 (Order, Doc. #31), is CONTINUED through and including **July 5, 2013**.

DONE this the 29th day of April, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE