IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IBERIABANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM R. POLK, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:12-cv-639-MEF<br>(WO – Do Not Publish) |

## **ORDER**

Upon consideration of Defendant William R. Polk's Motion to Continue (Doc. #40), it is hereby ORDERED that the motion is GRANTED for good cause shown. Trial in this case is CONTINUED until March 10, 2014. An amended scheduling order that incorporates, to the extent possible, the deadlines proposed in the Supplement to Motion to Continue (Doc. #48) is forthcoming.

DONE this the 3rd day of June, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE

1