IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IBERIABANK,                           )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )          CASE NO. 2:12-cv-639-MEF
                                      )          (WO – Do Not Publish)
WILLIAM R. POLK, *et al.*,            )
                                      )
        Defendants.                   )

## ORDER

Upon consideration of Defendant William R. Polk's ("Polk") Unopposed Motion to Extend Deadlines (Doc. #73), it is hereby ORDERED that this matter is set for a telephonic status conference on July 31, 2013, at 9:00 a.m.  Polk's counsel is further instructed to initiate the telephone call.

DONE this the 26th day of July, 2013.

_____/s/ Mark E. Fuller_____
UNITED STATES DISTRICT JUDGE