IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IBERIABANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:12-cv-639-MEF |
| v. ) | (WO – Do not publish) |
| ) | |
| WILLIAM R. POLK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On July 31, 2013, the Court held a telephone conference on Defendant William Polk's Unopposed Motion to Extend Deadlines (Doc. #73), during which the Court and the parties discussed issues involving the discovery, dispositive motion, and trial deadlines in this case. On the morning of the telephone conference, Defendant First Community Bank of Central Alabama ("FCB") filed a motion to dismiss (Doc. #80), and the Court and the parties discussed the effects of FCB's motion on the deadlines in this case and the ability of the case to move forward to trial as scheduled. Based on these discussions, it is hereby ORDERED as follows:

1. The pretrial conference and trial setting in this case are CONTINUED GENERALLY.

2. The deadlines set forth in Sections 2, 3, 5, 7, 8, and 9 of the Amended Scheduling Order (Doc. #50), and the deadlines set forth in the Court's July 2, 2013 Order (Doc. #62) are CONTINUED GENERALLY.

3. The parties shall pursue discovery in this case expeditiously.

4. This case is REFERRED to the assigned magistrate judge for a discovery conference to determine what discovery is needed to move this case forward to trial.

5. The Motion for Extension of Deadline as to Expert Witnesses (Doc. #73) is DENIED AS MOOT.

DONE this the 2nd day of August, 2013.

                                                         /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE